

9242 W Union Hills Dr., Suite 102, Peoria, AZ 85382
602.866.0721 office • 888.866.0721 toll free • 602.866.0722 fax
www.jomaxrecovery.com

**FILED VIA MAIL**

**AUG 2 0 2024**

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

August 13, 2024

United States Bankruptcy Court
Middle District of Florida
George C Young Federal Courthouse
400 West Washington Street Ste 5100
Orlando FL 32801

RE:     **Notice of Appearance**
      Debtor:     David Kosmerlj
      Case No.:   6:24-bk-00499-LVV
      Our Client:  Hudson Insurance Company
      Our File:    24720

Dear Clerk of the Court:

Please take notice that Jomax Recovery Services, as authorized agent for Hudson Insurance Company, a creditor in the above-referenced case, hereby requests that all notices given or required to be given, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure, be served upon:

      Hudson Insurance Company
      c/o Jomax Recovery Services
      9242 W. Union Hills Drive #102
      Peoria, AZ 85382

A copy of this notice is attached, to be date stamped and returned to our office in the pre-stamped envelope provided. Please let me know if you have questions.

Sincerely,

Machelle DeBruin
Legal Coordinator
Phone: 602-866-0721 Ext. 118
Email: mdebruin@jomaxrecovery.com

cc:     Hudson Insurance Company